No. 12-14-00148- CV

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 2 6 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

IN THE

12th Court of Appeals

**Mary Lou Petty, Appellant,**

**v.**

**Santander Consumer USA, Inc, Appellee**

Appellant's Motion for Extension of Time to File Appellant's Reply Brief

Appellant, Mary Lou Petty, respectfully asks the Court to extend the due date of its appellant's reply brief by 30 days, to March 27, 2015. I know this motion was due yesterday, the snow day. I do not drive on ice and snow and I wasn't able to do what was necessary to be able to process the required documents.

## RULE 10.5 INFORMATION

1. Deadline for filing the reply to appellee's brief was February 25th 2015, your office was closed for a snow day.
2. Length of extension sought: 30 days, so the new deadline would be March 24th 2015.
3. Facts relied on to reasonably explain the need of extension: Appellant was reviewing discrepancies in the case and the appellee's brief. Reed referred to the continuance hearing in the trial court. When Appellant requested the Reporters Records she was told there were not any. As of February 26th the trial court acknowledged there was a record on a brief continuance hearing on March 5th 2014. I'm sure it was an oversight. But the judge made a statement that I feel is relevant to my case. I would like the opportunity to obtain the report and use it in my defense.
4. This is the only extension that I'll need in the reply to the appellee's brief and it should not take the full 30 days.

## II. CERTIFICATE OF CONFERENCE

I have contacted Mr. Reed, the opposing counsel by e-mail and also have spoken to him on the telephone. He is opposed to the extension because of the length of time it has been.

## III. CONCLUSION

This is Appellant's only extension that will be required to file her reply brief. I should not take the full 30 days. I respectfully ask the court to grant this final extension for time to acquiring the reporter's record to the file. The reply bried will be due no later than March 24th 2015, in accordance with TEX. R. App. P. 10.5(1) & 38.6(d).

Respectfully Submitted,


By: *Mary Lou Petty*
Mary Lou Petty
744 Elizabeth DR
Bullard TX 75757
onegentledove@peoplepc.com
Pro SE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document will be sent by facsimile by the February 27th and by certify mail to Mr. Reed, the opposing counsel.

Fax No: (972) 789-1606
Mr. Kendal B. Reed
Anderson Tobin, PLLC.
13355Noel Road
Dallas Texas 75240


*Mary Lou Petty*
Mary Lou Petty

---